# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | § CASE NO. 1:18-CR-1 |
| | § |
| JEREMY RUSSELL MOORE | § |

## ORDER ADOPTING
## FINDINGS OF FACT AND RECOMMENDATION ON PLEA OF TRUE

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation. The parties agreed to the recommended sentence.

The parties did not file objections. The Court **ORDERS** that the findings of fact and recommendation on plea of true (Doc. No. 33) are **ADOPTED** and the defendant's supervised release is revoked. Pursuant to Judge Giblin's recommendation, the Court **ORDERS** the defendant, Jeremy Russell Moore, to serve a term of twelve (12) months and one (1) day imprisonment, with credit for any time Mr. Moore previously spent in federal custody on revocation proceedings and no further supervision to follow.

**SIGNED** this the 20 day of **May, 2020.**

_____
Thad Heartfield
United States District Judge